No. 610. FIRESTONE TIRE & RUBBER CO. *v.* FEDERAL TRADE COMMISSION; and

No. 685. SHELL OIL CO. *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. *Thomas S. Markey* and *John F. Floberg* for petitioner in No. 610. *William Simon, John Bodner, Jr.,* and *William F. Kenney* for petitioner in No. 685. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Milton J. Grossman, James McI. Henderson* and *Alvin L. Berman* for respondent in both cases. Reported below: 360 F. 2d 470.

No. 636. EMPIRE RAYON YARN CO., INC. *v.* AMERICAN VISCOSE CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Greenwald* and *Randolph J. Seifert* for petitioner. *Sidney P. Howell, Jr.,* for American Viscose Corp., and *Nahum A. Bernstein* for Malina et al., respondents.

No. 657. PACIFIC FAR EAST LINE, INC. *v.* GOVERNMENT OF GUAM. C. A. D. C. Cir. Certiorari denied. *Mark P. Schlefer* for petitioner. *Harold W. Burnett,* Attorney General of Guam, and *Donald O. Lincoln* for respondent.

No. 666. LESTER ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *J. Leonard Walker* and *Howell W. Vincent* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 720. BLAU *v.* LAMB ET AL. C. A. 2d Cir. Certiorari denied. *Morris J. Levy* for petitioner. *Albert R. Connelly* and *Robert Rosenman* for respondents.